BREWSTER AERONAUTICAL CORPORATION et al., Respondents, *v.* ABE FENER et al., Defendants, and ANDREW H. FENER, Appellant.

BREWSTER AERONAUTICAL CORPORATION et al., Respondents, *v.* ABE FENER et al., Defendants, and CLARA FENER, Appellant.

BREWSTER AERONAUTICAL CORPORATION et al., Respondents, *v.* ABE FENER, Appellant, et al., Defendants.

Submitted May 15, 1950; decided May 18, 1950.

*Andrew H. Fener* for motion.

*Robert F. Welch* opposed.

Motion dismissed with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.